IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VOTE SOLAR, et al.

    Plaintiffs,

v.                                                                          No. CV 19-753 JAP/CG

CITY OF FARMINGTON,

    Defendant.

## ORDER VACATING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court upon review of the record and the presiding judge's *Memorandum Opinion and Order*, (Doc. 51), dismissing this case without prejudice. **IT IS HEREBY ORDERED** that the telephonic status conference scheduled for April 9, 2020, at 2:00 p.m., is hereby **VACATED**.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE