IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VOTE SOLAR, et al.

        Plaintiffs,

v.                                                             No. CV 19-753 JAP/CG

CITY OF FARMINGTON,

        Defendant.

### ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court upon the Tenth Circuit's decision remanding the matter to this District. (Doc. 59). **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **September 7, 2021, at 10:00 a.m.**

Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE