IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VOTE SOLAR, et al.

    Plaintiffs,

v.                                                             No. CV 19-753 JAP/CG

CITY OF FARMINGTON,

    Defendant.

## ORDER VACATING TELEPHONIC STATUS CONFERENCE AND FOR A JOINT STATUS REPORT

**THIS MATTER** is before the Court *sua sponte.* **IT IS HEREBY ORDERED** that the Status Conference scheduled for **September 7, 2021, at 10:00 a.m.** is **VACATED**.

**IT IS FURTHER ORDERED** that the parties shall meet and confer and submit to the Court by no later than **September 10, 2021**, a joint status report addressing (1) the current status of discovery and of this litigation generally; (2) the parties' anticipated need for further discovery; and (3) the parties' amenability to participate fruitfully in a settlement conference.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE