# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

VOTE SOLAR, et al.

    Plaintiffs,

v.                                                   No. CV 19-753 JAP/CG

CITY OF FARMINGTON,

    Defendant.

## ORDER STAYING PROCEEDINGS

**THIS MATTER** is before the Court on review of the record. Following the Tenth Circuit's remand of this matter to this District, (Doc. 59), the Court ordered the parties to provide a status update, (Doc. 61). In their *Joint Status Report*, (Doc. 62), the parties ask the Court to "stay this case, including discovery procedures," until December 15, 2021, pending Defendant's Cost of Service and Rate Study. The parties explain that the results of this study "may moot or significantly alter the disputes . . . and render discovery and motions related to the Standby Service Riders no longer relevant. It could also reduce the differences between the Parties, making settlement more likely." *Id.* at 2. The Court finds good cause to stay proceedings in this matter.

**IT IS THEREFORE ORDERED** that all discovery and case deadlines shall be stayed until **December 15, 2021**.

**IT IS FURTHER ORDERED** that on or before **December 15, 2021**, the parties shall provide a status report indicating whether the stay should be further extended or that these proceedings should move forward.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE