### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO

VOTE SOLAR, et al.

      Plaintiffs,

v.                                                           No. CV 19-753 MIS/CG

CITY OF FARMINGTON,

      Defendant.

### ORDER EXTENDING STAY OF PROCEEDINGS

**THIS MATTER** is before the Court on the parties' *Joint Status Report* ("JSR"), (Doc. 65), filed December 6, 2021. Following the Tenth Circuit's remand of this matter to this District, the Court stayed proceedings to December 15, 2021, and ordered the parties to "provide a status report indicating whether the stay should be further extended or that these proceedings should move forward." (Doc. 63 at 1). In their JSR, the parties ask the Court to extend the stay to February 18, 2022, pending Defendant's Cost of Service and Rate Study, which Defendant believes "may moot or significantly alter the disputes . . . and render discovery and motions related to the Standby Service Riders no longer relevant." (Doc. 65 at 2). The Court finds good cause to extend the stay of proceedings in this matter.

**IT IS THEREFORE ORDERED** that all discovery and case deadlines shall be further stayed until **February 18, 2022**.

**IT IS FURTHER ORDERED** that on or before **February 18, 2022**, the parties shall provide a status report indicating whether the stay should be further extended or that these proceedings should move forward.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE