IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

VOTE SOLAR, et al.

    Plaintiffs,

v.                                                                                          No. CV 19-753 MIS/CG

CITY OF FARMINGTON,

    Defendant.

## ORDER EXTENDING STAY OF PROCEEDINGS

**THIS MATTER** is before the Court on the parties' *Joint Status Report* ("JSR"), (Doc. 67), filed February 16, 2022. Following the Tenth Circuit's remand of this matter to this District, the Court originally stayed proceedings to December 15, 2021, (Doc. 63), and then further stayed proceedings to February 18, 2022, (Doc. 66). In the parties' JSR, they ask the Court to further extend the stay to May 6, 2022, pending Defendant's Cost of Service and Rate Study, which Defendant believes will "significantly alter the disputes in this case and render discovery and motions related to the Standby Service Riders no longer relevant." *Id.* at 2. The Court finds good cause to extend the stay of proceedings in this matter.

**IT IS THEREFORE ORDERED** that all discovery and case deadlines shall be further stayed until **May 6, 2022**.

**IT IS FURTHER ORDERED** that on or before **May 6, 2022**, the parties shall provide a status report indicating whether the stay should be further extended or that these proceedings should move forward.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE