# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

VOTE SOLAR, et al.

      Plaintiffs,

v.                                                                        No. CV 19-753 MIS/CG

CITY OF FARMINGTON,

      Defendant.

## ORDER VACATING INITIAL SCHEDULING ORDER
## AND SCHEDULING CONFERENCE

**THIS MATTER** is before the Court on the parties' *Joint Status Report* (the "JSR"), (Doc. 71), filed June 29, 2022. In the JSR, the parties indicate they have "reached a settlement in principle that will result in resolution of this case" and request that the Court "postpone the requirement to submit a Provisional Discovery Plan until thirty (30) days from the submittal of this Joint Status Report." (Doc. 71 at 2).

**IT IS THEREFORE ORDERED** that the Court's *Second Initial Scheduling Order*, (Doc. 70), and all associated deadlines are **VACATED**.

**IT IS FURTHER ORDERED** that the Telephonic Rule 16 Scheduling Conference set for **July 6, 2022, at 10:00 a.m.** is hereby **VACATED**.

**IT IS FINALLY ORDERED** that the parties shall notify the Court by **July 28, 2022**, if the settlement has been finalized.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE