# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

VOTE SOLAR, et al.

    Plaintiffs,

v.                                                               No. CV 19-753 MIS/CG

CITY OF FARMINGTON,

    Defendant.

## ORDER FOR CLOSING DOCUMENTS

**THIS MATTER** is before the Court on the parties' *Joint Status Report* (the "JSR"), (Doc. 73), filed July 26, 2022. In the JSR, the parties indicate that "a settlement agreement has been finalized and fully executed" but that "[t]he terms of the settlement agreement require the Parties to take steps to implement the terms of the settlement agreement, which they anticipate will take approximately 70 days[.]" (Doc. 73 at 1). They request that the Court "allow the Parties the opportunity to submit a further Joint Status Report requesting further time to implement the settlement agreement and to file the stipulation of dismissal," in the case of delays. *Id.* at 2.

**IT IS THEREFORE ORDERED** that by **October 5, 2022**, the parties shall either submit closing documents, or notify the Court as to the status of closing documents.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE