**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

VOTE SOLAR, MICHAEL EISENFELD,
JAMES NEIDHART, JEFFREY
NEIDHART, STEVEN BAIR, NEIL
TRIBBETT, JERRY KNUTSON, VICKIE
SLIKKERVEER, THE COLISEUM, INC.
(D/B/A THE COLOSSEUM GYM),
DAVID FOSDECK, STEPHEN ELLISON,
AND ERIN HOURIHAN,

    Plaintiffs,

v.                                  Civ. No. 1:19-cv-00753 MIS/SMV

CITY OF FARMINGTON, NEW
MEXICO, D/B/A FARMINGTON
ELECTRIC UTILITY SYSTEM,

    Defendant.

## FINAL JUDGMENT

The parties have filed a joint stipulation of dismissal without prejudice for all claims in this cause. ECF No. 76. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), "the plaintiff may dismiss an action without a court order by filing . . . a stipulation of dismissal by all parties who have appeared." The stipulation is signed by the parties' attorneys.

Accordingly, the court enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58 as follows:

1. It is **HEREBY ORDERED** that the cause is **DISMISSED WITHOUT PREJUDICE**, with the parties to bear their own costs and attorney's fees.
2. The Clerk of the Court is **INSTRUCTED TO CLOSE** the cause.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE